Case 3:23-mc-80140-JD   Document 1   Filed 05/15/23   Page 1 of 1

FILED

MAY 15 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Matthew Scott Pappas

State Bar 171860

Case No. CV23-80140 MISC

**ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

TO: Matthew Scott Pappas

The State Bar of California has notified the United States District Court for the Northern District of California that, effective March 26, 2023, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis pursuant to Civil Local Rule 11-7(b)(1). On or before June 26, 2023,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after June 26, 2023 absent further order of this Court.

**IT IS SO ORDERED.**

Dated: 5/15/2023

_____
JAMES DONATO
United States District Judge

*Attorney-discipline_OSC_CSA*
*rev. 11-18*